UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| THOMAS ROBERTS [20] | ) | |

**O R D E R**

The Defendant, Thomas Roberts, shall appear before the Court on **Tuesday, September 23, 2014, at 1:30 p.m.** to show cause why his pretrial release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE