TUVWJÞÄÖÒÞŒÖ

Kevin H. Sharp

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### At Nashville

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:13-00097-20** |
| | ) | **Judge Sharp** |
| **THOMAS ROBERTS** | ) | |

## MOTION TO CONTINUE SHOW CAUSE HEARING

COMES NOW the defendant through counsel and requests the Court continue the Show Cause hearing currently set for Tuesday, September 23, 2014. The basis for this request is that the show cause hearing be scheduled on the same date as the defendant's sentencing hearing. Counsel for the government, and the United States Probation Office have no objections to this request. The defendant, therefore, requests that this matter be reset for Friday, November 7, 2014 @ 2:30 p.m.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com